### Andrew James MOODY v. UNITED STATES of America.
### No. 1022.

Circuit Court of Appeals, Tenth Circuit.
Jan. 18, 1934.

Glenn O. Young, of Sapulpa, Okl., for appellant.

C. E. Bailey, U. S. Atty., of Tulsa, Okl.

Before PHILLIPS, McDERMOTT, and BRATTON, Circuit Judges.

PER CURIAM.

Appeal dismissed for failure to prosecute.

### George L. MOONEY, Appellant, v. UNITED STATES of America.
### No. 9970.

Circuit Court of Appeals, Eighth Circuit.
March 16, 1934.

C. A. Wilson, of Hot Springs, S. D., for appellant.

Byron S. Payne, Asst. U. S. Atty., of Pierre, S. D.

PER CURIAM.

Appeal docketed and dismissed, without costs to either party in this court, on motion of counsel for appellee.